IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CALVIN CAMPS** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 23-2046** |
| | : | |
| **JOSEPH TERRA, THE DISTRICT ATTORNEY OF THE COUNTY OF PHILADELPHIA LAWRENCE S. KRASNER, THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA MICHELLE HENRY** | : | |

## ORDER

AND NOW, this 22nd day of December 2023, upon careful and independent review of Petitioner's pro se Petition (ECF No. 1), all documents in the record, finding no basis for a certificate of appealability, and for reasons in today's accompanying Memorandum, it is **ORDERED** we:

1. **DISMISS AND DENY** the Petition for writ of habeas corpus (ECF No. 1) with prejudice;

2. **DENY** a certificate of appealability; and

3. The Clerk of the Court shall **close** this case.

_____
**KEARNEY, J.**